Ex Parte Bernardo Alvarez.

Opinion filed October 18, 1922.

Where it clearly appears from the application made by a petitioner for a writ of certiorari, that he was not harmed by the action taken in the lower court, a writ of certiorari will be denied.

An Application for a Writ of Certiorari.

Denied.

*E. L. Bryan,* for Petitioner.

Whitfield, J.—In a petition for a writ of certiorari Alvarez alleged that he was convicted in the municipal court of the City of Tampa, Florida, for violation of an ordinance against having in possession a device for con-ducting a game of chance known as bolita, that a writ of error was taken to the Circuit Court and that the Circuit Court dismissed the writ of error on the ground that though the transcript contained a duly signed assignment of errors, the assignment of errors as presented to the judge of the municipal court with the bill of exceptions was not signed by counsel.

Even if the Circuit Judge upon motion of counsel for the city enquired into the nature of the original records and files that were made a part of the transcript on the writ of error and erred in doing so, and also erred in dis-missing the writ of error on the ground stated, an examina-tion of the entire record of the trial and proceedings in the municipal court, including the evidence contained in a duly authenticated bill of exceptions that was filed and made a

part of the record in the municipal court, shows that no material error of law or of procedure was committed, and that the evidence is ample to sustain the conviction on the charge as made, therefore the petitioner was not injured by a dismissal of his writ of error.

Certiorari denied.

BROWNE, C. J., AND TAYLOR AND WEST, J. J., concur.

ELLIS, J., specially concurs.

ELLIS, J., specially concurring.—I concur in the conclusion reached to deny the writ of certiorari upon the ground that there was no error in the order of the Circuit Court dismissing the writ of error to the municipal court.